UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Wade W. Abraham, Sr.,

Plaintiff,

Civil No. 01-1837 (RHK/JMM)

vs.

**DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

Bridgestone/Firestone, Inc., Bauer Built, Inc. a Wisconsin corporation, and Bauer Built, Inc. #70,

Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated April 16, 1997, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: October 12, 2001

RICHARD H. KYLE
United States District Judge

FILED OCT 12 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

Wade W. Abraham, Sr.

vs. 01-1837JMR/FLN

Bridgestone/Firestone, Inc.

Pursuant to an Order of Disqualification by Judge Kyle, the above-entitled matter has been re-assigned to Chief Judge James M. Rosenbaum and referred to Magistrate Judge Franklin L. Noel. Please note the changes in judges' initials and refer to them when submitting documents to the court. The file number remains the same.