UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Wade W. Abraham, Sr., Plaintiff, vs. Bridgestone/Firestone, Inc. Bauer Built, Inc., a Wisconsin Corporation and Bauer Built, Inc. #70, Defendants. | FILE NUMBER: 01-1837 JMR/FLN<br>**STIPULATION FOR PROTECTIVE ORDER AND ORDER** |

The parties, by and through their respective undersigned counsel of record, hereby stipulate that a protective order should be issued by the Court.

NOW, THEREFORE, IT IS STIPULATED AND AGREED by and among the parties, through their respective undersigned counsel:

(a) All parties shall maintain and preserve all tires in their possession or under their control that were involved in the incident described in the Complaint, including the accident tire in question, and all parts or components thereof, in their present condition, without destructive testing, disposal, disassembly, alteration or modification in any way, including taking samples, scrapes, or cutting the tire in any way, until the Court has an opportunity to hear argument from all parties and rule on any proposed method of examination that would alter the present condition of the evidence. Any destructive testing including: the disposal, disassembly, removal of components, or "sampling" of any kind, is to be done only with express permission of the Court after notice to all parties;

DEC 12 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

(b) All parties agree that they will not cause or allow any tires in their possession or under their control that were involved in the incident described in the Complaint, including the accident tire in question, and all parts or components thereof, to be taken out of the jurisdiction of the United States of America; and

(c) that this Court retains jurisdiction to make amendments to this Stipulation and Order as the Court may deem appropriate. Any party may apply to the Court for amendment of this Order at any time.

DATED: December 4, 2001.

MILAVETZ, GALLOP &
MILAVETZ, P.A.

Robert Gardner, Esq. (MN #234977)
Robert J. Milavetz (MN #72989)
6500 France Avenue South
Edina, MN 55435
Telephone: (952) 920-7777

ATTORNEYS FOR PLAINTIFF WADE W. ABRAHAM, SR.

DATED: December 5, 2001.

DRAWE & HEISICK

Scott P. Drawe (MN #148325)
Michael L. Oja, Esq. (MN #0298943)
7701 France Avenue South
Suite 400
Edina, MN 55435
Telephone: (952) 841-2130

ATTORNEYS FOR DEFENDANT BAUER BUILT, INC. AND BAUER BUILT, INC. #70

DATED: December 5, 2001.

GRAY, PLANT, MOOTY,
MOOTY & BENNETT, P.A.

James S. Simonson (MN #101333)
Charles K. Maier (MN #230315)
3400 City Center
33 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 343-3959

ATTORNEYS FOR DEFENDANT
BRIDGESTONE/FIRESTONE, INC.

**ORDER**

Based upon the above Stipulation, it is hereby ORDERED.

Dated: Dec. 11, 2001.

BY THE COURT:

Franklin L. Noel
United States Magistrate Judge

14026/85412
GP:844857 v1

# Please forward this announcement to the recipient of this fax.

UNITED STATES DISTRICT COURT DISTRICT OF MINNESOTA

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500