UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Wade W. Abraham, Sr., Plaintiff, vs. Bridgestone/Firestone, Inc. Bauer Built, Inc., a Wisconsin Corporation and Bauer Built, Inc. #70, Defendants. | FILE NUMBER: 01-1837 JMR/FLN<br><br>**STIPULATION OF COUNSEL REGARDING DEFENDANTS' MOTION TO COMPEL DISCOVERY** |

The above-referenced parties, by and through their undersigned counsel, hereby stipulate and agree that the dispute that was described in Defendants' Motion to Compel Discovery has been resolved and that the hearing set for October 21, 2002 at 10:30 a.m. before Magistrate Judge Noel need not take place. The conditions and circumstances surrounding the compromise are as follows:

1. Defendant Firestone moved the Court on October 7, 2002 for an Order compelling the production of discovery on the grounds that no responses had been received to interrogatories and requests for the production of documents that had been served in February of 2002;

2. On Friday, October 11, 2002, plaintiff's current counsel, Michael Marks, produced what he represented to be his entire file relating to the claim against Firestone and regarding his firm's representation of Mr. Abraham in a separate worker's compensation matter;

OCT 30 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

3. On Monday, October 14, 2002, Mr. Marks served unexecuted responses to interrogatories and responses to requests for production of documents on Mr. Maier, via facsimile, and represented that the same were served by mail;

4. Mr. Marks represented that, to the best of his understanding, Mr. Abraham will execute and verify the responses to interrogatories; and

5. Based upon the production of documents, the unexecuted discovery responses, and the representation of plaintiff's counsel, defendant Firestone agrees to withdraw its motion at this time.

DATED: October 17th, 2002.

MILAVETZ, GALLOP & MILAVETZ

Michael E. Marks

Michael Marks (MN #164616)
1915 57th Avenue North
Brooklyn Center, MN 55430
Telephone: (763) 560-0003

ATTORNEYS FOR PLAINTIFF

DATED: October 17th, 2002.

GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A.

Charles K. Maier

Charles K. Maier (MN #230315)
3400 City Center
33 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 343-3959

ATTORNEYS FOR DEFENDANTS

14026/85412
GP:929651 v1