UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Wade W. Abraham, Sr.,

Plaintiff,

v.

Bridgestone/Firestone, Inc.,
Bauer Built, Inc., et al.

Defendants.

Civil No. 01-1837 JMR/FLN

**ORDER**

---

Michael Marks, Esq., for Plaintiff.
Charles K. Maier, Esq., for Defendants.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge for a hearing on December 9, 2002, on Plaintiff's Motion for Leave to Conduct Discovery After Cut-off Date and to Extend Expert Discovery Deadlines [#16].

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

Plaintiff's Motion for Leave to Conduct Discovery After Cut-off Date and to Extend Expert Discovery Deadlines [#16] is **DENIED.**

DATED: Dec. 31, 2002

FRANKLIN L. NOEL
United States Magistrate Judge

DEC 31 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK