UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-1837 JMR/FLN)

| | | |
|---|---|---|
| Wade Abraham, et al. | ) | |
| | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| Bridgestone/Firestone Inc. | ) | |

The Court has been advised by counsel that the above entitled action has been settled. Therefore, IT IS ORDERED that:

This action is dismissed with prejudice. In the event the parties wish to file settlement documents, counsel are directed to do so within 30 days.

Dated: January 28th, 2003

JAMES M. ROSENBAUM, Chief
United States District Judge

FILED JAN 30 2003
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED ______
DEPUTY CLERK'S INITIALS ______