JAN 31 2003

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Wade W. Abraham, Sr., Plaintiff, vs. Bridgestone/Firestone, Inc. Bauer Built, Inc., a Wisconsin Corporation and Bauer Built, Inc. #70, Defendants. | FILE NUMBER: 01-1837 JMR/FLN **STIPULATION FOR DISMISSAL AND ORDER OF DISMISSAL** |

The above-referenced parties, by and through their undersigned attorneys, hereby advise the Court that all claims by all parties in the above-entitled cause of action have been fully compromised and settled. Therefore:

IT IS HEREBY STIPULATED by and between all of the parties hereto that this entire lawsuit may be, and hereby is, dismissed on its merits and with prejudice, but without costs or disbursements to any of the parties.

IT IS FURTHER STIPULATED that without further notice, the judgment of dismissal with prejudice and on the merits of all claims, without costs or disbursements to any of the parties, may be entered herein.

DATED: ~~January~~ 5 February, 2003.

MILAVETZ, GALLOP & MILAVETZ

Michael Marks (MN #164616)
1915 57th Avenue North
Brooklyn Center, MN 55430
Telephone: (763) 560-0003

ATTORNEYS FOR PLAINTIFF

FILED FEB 13 2003
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED FEB 13 2003
DEPUTY CLERK'S INITIALS ______

DATED: ~~January~~ February 10, 2003.

GRAY, PLANT, MOOTY,
MOOTY & BENNETT, P.A.

James S. Simonson (MN 101333)
Charles K. Maier (MN #230315)
3400 City Center
33 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 343-3959

ATTORNEYS FOR DEFENDANTS

**ORDER OF DISMISSAL**

This matter came on before the Court upon the Stipulation between all parties hereto agreeing to the dismissal of the action with prejudice. Based upon that Stipulation and the other filings herein:

IT IS HEREBY ORDERED that this matter is dismissed with prejudice, and without costs or disbursements being awarded to any of the parties.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: February 12th, 2003.

BY THE COURT:

By ______________________
Judge James M. Rosenbaum
United States District Court Judge

14026/85412
GP:949070 v1